IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jack Gardner, Jr.. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-00802 |
| | ) | |
| v. | ) | |
| | ) | |
| Robert Gates, | ) | |
| in his official capacity as | ) | |
| Secretary of Defense, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of the following counsel on behalf of Plaintiff Gardner:

George M. Chuzi, Esq.
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W., Suite 610
Washington, D.C. 20036

    Respectfully submitted,
    \s\
    _____
    George M. Chuzi, Esq.
    D.C. Bar No. 336503

    Michelle L. Perry, Esq.
    D.C. Bar No. 468187
    Kalijarvi, Chuzi & Newman, P.C.
    1901 L Street, N.W. Suite 610
    Washington, D.C. 20036
    Tel: 202-332-9260
    Fax: 202-331-9261

    Attorneys for Plaintiff