**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
Jack Gardner, Jr.              )
                               )
     Plaintiff,                )Civil Action No. 1:07-cv-00802
                               )
        v.                     )
                               )
Robert Gates,                  )
in his official capacity as    )
SECRETARY, U.S. DEPARTMENT     )
OF DEFENSE (DIA)               )
                               )
     Defendant                 )
_____)
```

**AFFIDAVIT OF SERVICE OF PROCESS – U.S. ATTORNEY GENERAL**

I hereby certify under penalty of perjury that a copy of the
Summons and Complaint in the above-captioned case was served on
the United States Attorney General by certified mail, as
evidenced by the attached receipt.  Service on the U.S. Attorney
General was effected on May 16, 2007, as evidenced by the
attached receipt card.

Respectfully submitted,

*Michelle L. Perry*

_____
Michelle L. Perry, Esq.
DC Bar No. 468187
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

7160 3901 9842 9915 7999

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

Alberto Gonzales
US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Gardner summons 5/10/07

PS Form 3811, January 2005

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X

MAY 16 2007

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Domestic Return Receipt