## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
Jack Gardner, Jr.             )
                              )
    Plaintiff,                ) Civil Action No. 1:07-cv-00802
                              )
        v.                    )
                              )
Robert Gates,                 )
in his official capacity as   )
SECRETARY, U.S. DEPARTMENT    )
OF DEFENSE (DIA)              )
                              )
    Defendant                 )
_____)
```

**AFFIDAVIT OF SERVICE OF PROCESS – DEFENDANT**

I hereby certify under penalty of perjury that a copy of the Summons and Complaint in the above-captioned case was served on the Secretary, U.S. Department of Defense, by certified mail, as evidenced by the attached receipt card.

                                                Respectfully submitted,

                                      *Michelle L. Perry*

                                      _____
                                      Michelle L. Perry, Esq.
                                      DC Bar No. 468187
                                      KALIJARVI, CHUZI & NEWMAN, P.C.
                                      1901 L Street, N.W. Suite 610
                                      Washington, DC  20036
                                      Tel: (202) 331-9260
                                      FAX: (202) 331-9261

                                      Counsel for Plaintiff

**2. Article Number**

7160 3901 9842 9915 7915

**3. Service Type** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

Robert Gates
Secretary, US Department of Defense
1600 Defense Pentagon
Washington, DC 20301-1600

PS Form 3811, January 2005       Domestic Return Receipt

Gardner summons 5/10/07

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _[signature]_   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?
   If YES, enter delivery address below:   ☐ Yes  ☐ No