IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
Jack Gardner, Jr.              )
                               )
    Plaintiff,                 ) Civil Action No. 1:07-cv-00802
                               )
    v.                         )
                               )
Robert Gates,                  )
in his official capacity as    )
SECRETARY, U.S. DEPARTMENT     )
OF DEFENSE (DIA)               )
                               )
    Defendant                  )
_____)
```

### AFFIDAVIT OF SERVICE OF PROCESS – U.S. ATTORNEY

I hereby certify under penalty of perjury that a copy of the Summons and Complaint in the above-captioned case was served on the United States Attorney for the District of Columbia by certified mail, as evidenced by the attached receipt. Service on the U.S. Attorney was effected on May 16, 2007, as evidenced by the attached receipt card.

Respectfully submitted,

*Michelle L. Perry*

_____
Michelle L. Perry, Esq.
DC Bar No. 468187
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

