UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-0802 (RWR) |
| | ) |
| ROBERT GATES, SECRETARY, | ) |
| U.S. DEPARTMENT OF DEFENSE, | ) |
| | ) |
|       Defendant. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSE**

The Defendant, Robert Gates, Secretary, U.S. Department of Defense, through his undersigned attorneys, hereby respectfully requests an enlargement of time, until and including July 31, 2007, to file his answer or other response to the Plaintiff's complaint. The Defendant's answer or other response is currently due July 16, 2007.

This is the Defendant's first request for an enlargement of time to file his answer or other response. The Plaintiff consents to this motion.

There is good cause for this motion. The agency counsel assigned to this case has been assigned to a priority matter and has been unable to provide the undersigned attorneys with relevant documents needed to respond to the Plaintiff's complaint. Therefore, the undersigned attorneys need additional time to obtain these documents in order to file an answer or other response on behalf of the Defendant.

For the foregoing reasons, the Defendant respectfully requests that this consent motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACK GARDNER, JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ROBERT GATES, SECRETARY, U.S.** )<br>**DEPARTMENT OF DEFENSE,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-0802 (RWR) |

### ORDER

UPON CONSIDERATION OF the Defendant's Consent Motion for An Enlargement of Time to file his answer or other response to the Plaintiff's Complaint, and the entire record herein, it is this _____ day of July, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant shall have until and including July 31, 2007, to file his answer or other response to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE