UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACK GARDNER, JR.,**  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>**ROBERT M. GATES, Secretary,**  )<br>**U.S. Department of Defense,**  )<br>  )<br>   Defendant.  )<br>_____  ) | Civil Action No. 07-802 (RWR)<br>Electronic Case Filing |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Dated: August 27, 2007.

                                                                                                               Respectfully submitted,

                                                                                                             /s/<br>
                                        JANE M. LYONS, D.C. Bar #451737<br>
                                        Assistant United States Attorney<br>
                                        United States Attorney's Office<br>
                                        Civil Division<br>
                                        555 4th Street, N.W. - Room E4822<br>
                                        Washington, D.C. 20530<br>
                                        (202) 514-7161 (phone)<br>
                                        (202) 514-8780 (fax)<br>
                                        Jane.Lyons@usdoj.gov

                                        Annette L. Dennis<br>
                                        Paralegal Assistant