# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jack Gardner, Jr.                              )<br>                                                      )<br>    Plaintiff,                                     )<br>                                                      )     Civil Action No. 07-00802 RWR<br>                                                      )<br>    v.                                                )<br>                                                      )<br>Robert Gates,                                 )<br>in his official capacity as                 )<br>Secretary of Defense,                    )<br>                                                      )<br>    Defendant.                                 )<br>_____) | |

## MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff hereby moves the Court to reschedule the Status Conference set for October 10, 2007, at 9:15 a.m.  Both of plaintiff's counsel have pre-scheduled commitments on October 10, and they are unavailable.

Counsel for the parties have conferred, and they are available for a rescheduled conference as follows:

Friday, October 12  – All day except 2 p.m. - 3 p.m.

Tuesday, October 16

Wednesday, October 17

Plaintiff appreciates the Court's indulgence in this regard.

Respectfully submitted,

\s\
_____
George M. Chuzi, Esq.
D.C. Bar No. 336503

Michelle L. Perry, Esq.
D.C. Bar No. 468187

Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W. Suite 610
Washington, D.C. 20036
Tel: 202-332-9260
Fax: 202-331-9261

Attorneys for Plaintiff