## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JACK GARNER, JR.,                )
                                   )
           Plaintiff,         )
                                   )
       v.                  )     Civil Action No. 07-802 (RWR)
                                 )
ROBERT M. GATES, Secretary of Defense,)    **NEXT SCHEDULED EVENT:**
                                 )    Status Conference on April 4, 2008
          Defendant.       )    at 9:15 a.m.
_____)

### JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE SCHEDULING ORDER

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, respectfully move this Court to enlarge the time to complete discovery by three months, and to modify the dates for making expert disclosures and briefing dispositive motions. Specifically, the parties request that the deadline for completing all discovery be extended from March 27, 2008 until June 27, 2008. The grounds for this motion are set forth below.

The parties are currently engaging in written discovery in this employment discrimination case involving allegations that defendant discriminated against plaintiff based on his race in connection with certain positions advertised in three different vacancy announcements at the GS-14 level. Defendant has encountered difficulty providing timely responses to plaintiff's requests for documents and interrogatories. Defendant's responses were initially due on or about January 7, 2008, but counsel for Plaintiff has graciously agreed to extend the deadline because the agency has encountered several problems in providing timely responses. Initially, agency personnel reported that they were unable to make significant progress on the responses because key

individuals were absent from the office around the end of the calendar year.  Since early January, agency personnel experienced a significant setback when there were problems with the computers on which agency counsel had been working on the responses, and much of the work up to that point had to be substantially recreated.  More recently, agency counsel has been out of the office unexpectedly due to illness.  Agency counsel currently anticipate that Defendant will be in a position to provide responses in approximately two weeks from the filing of this motion and the agency is taking reasonable steps to respond.

Defendant has already served plaintiff with written discovery requests but the time for responding has not yet run.  After completing written discovery, the parties plan to take depositions and engage in expert discovery as well.  Thorough preparation of the case will assist the Court in resolving this matter.  This motion is being filed in good faith and not for purposes of unnecessary delay.  Granting it will not significantly impact the Court's ability to resolve this case.  Counsel for the parties have cooperatively and professionally resolved this scheduling problem to minimize the disruption to the Court's schedule and will continue to work together to resolve any other issues that may arise during discovery.

Because plaintiff's expert needs access to certain information that plaintiff's counsel has requested and has yet to be provided, a reasonable extension of the deadline for plaintiff's expert report is appropriate.  A corresponding extension of defendant's deadline for expert disclosure will allow defendant sufficient time to respond.  The parties request that plaintiff's expert deadline be extended from January 28, 2008 through March 6, 2008, and defendant's expert disclosure be due on April 17, 2008.

If the Court extends the discovery period as requested, there are two matters to be addressed.  First, the filing of dispositive motions should be delayed until after the close of discovery to allow the parties to utilize all of the discovery material.  Under the current Scheduling Order, dispositive motions are due on April 28, 2008.  Based on a new cut-off of discovery on June 26, 2008, the parties request that dispositive motions be filed by August 7, 2008, with oppositions due by September 9, 2008 and replies due by September 30, 2008. Second, the Court may wish to re-schedule the status conference currently scheduled for April 4, 2008 until sometime shortly after June 26, 2008.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for completing discovery be extended until June 26, 2008, and that the dispositive motion schedule be modified as set forth in the attached proposed order.

Dated: January 28, 2008.

Respectfully submitted,

/s/_____    _____
GEORGE M. CHUZI, DC BAR 336503    JEFFREY A. TAYLOR, DC BAR # 498610
MICHELLE L. PERRY DC BAR 468187    United States Attorney
Kalijarvi, Chuzi, & Newman, P.C.
1901 L Street, N.W.    _____
Suite 610    RUDOLPH CONTRERAS, DC BAR #  434122
Washington, D.C.  20036    Assistant United States Attorney
(202) 331-9260
(202) 331-9261 (fax)    /s/_____
    JANE M. LYONS, D.C. BAR # 451737
Counsel for Plaintiff    Assistant United States Attorney
    555 4th Street, N.W. – Room E4822
    Washington, D.C. 20530
    (202) 514-7161
    (202) 514-8780 (fax)

    Counsel for Defendant

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| JACK GARDNER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-802 (RWR) |
| | ) | |
| ROBERT M. GATES, | ) | |
| Secretary of Defense, | ) | |
| | ) | |
| Defendant. | ) | |

---

**O R D E R**

This matter is before the Court on the joint motion of the parties to extend the discovery period by three months. Based on the motion and the entire record in this case, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that the joint motion to extend discovery and modify the scheduling order is **GRANTED**, and it is further

**ORDERED** that the Scheduling Order is modified as follows:

Discovery shall conclude by June 26, 2008;

Plaintiff's expert disclosure shall be made by March 6, 2008;

Defendant's expert disclosure shall be made by April 17, 2008;

Dispositive motions shall be due by August 7, 2008;

Oppositions to dispositive motions shall be due by September 9, 2008; and

Replies shall be due by September 30, 2008.

**SO ORDERED.**

_____          _____
Date                           RICHARD W. ROBERTS
                               United States District Judge


Copies to Counsel Through ECF