UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACK GARDNER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, )<br>Secretary of Defense, )<br>)<br>Defendant. )<br>) | **FILED**<br>JAN 2 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 07-802 (RWR) |

### ORDER

This matter is before the Court on the joint motion of the parties to extend the discovery period by three months. Based on the motion and the entire record in this case, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that the joint motion to extend discovery and modify the scheduling order is **GRANTED**, and it is further

**ORDERED** that the Scheduling Order is modified as follows:

Discovery shall conclude by June 20, 2008; *the post-discovery status conference is continued to June 23, 2008 at 9:45 a.m.;*

Plaintiff's expert disclosure shall be made by March 6, 2008;

Defendant's expert disclosure shall be made by April 17, 2008;

Dispositive motions shall be due by August 7, 2008;

Oppositions to dispositive motions shall be due by September 9, 2008; and

Replies shall be due by September 30, 2008.

**SO ORDERED.**

<div style="display: flex;">

__1-28-08__
Date

__/s/ RW Roberts__
RICHARD W. ROBERTS
United States District Judge

</div>

Copies to Counsel Through ECF