UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARNER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, Secretary of Defense,)<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-802 (RWR)<br><br>NEXT SCHEDULED EVENT:<br>Post-Discovery Status Conference<br>June 23, 2008 at 9:45 a.m. |

**SECOND JOINT MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY AND TO AMEND THE SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, respectfully move this Court to enlarge the time to complete discovery by two additional months, and to modify the dates for making expert disclosures and briefing dispositive motions. Specifically, the parties request that the deadline for completing all discovery be extended from June 27, 2008 until August 27, 2008. The grounds for this motion are set forth below.

The parties are currently engaging in written discovery in this employment discrimination case involving allegations that defendant discriminated against plaintiff based on his race in connection with certain positions advertised in three different vacancy announcements at the GS-14-15 level. Defendant has encountered substantial difficulty providing responses to plaintiff's requests for documents and interrogatories because the agency counsel working on this matter has experienced ongoing medical difficulties requiring surgery. Although defendant has assigned another attorney to assist with gathering the information needed to provide discovery responses to the U.S. Attorney's Office, the agency's most current estimate for turning information over to

the U.S. Attorney's Office is March 14, 2008.  Once that happens, some additional time will be needed to finalize the responses and plaintiff's counsel will then need time to analyze them.  Counsel for Plaintiff has graciously agreed to extend the deadline for these responses, in part because there has been no practical alternative.  The parties previous joint motion was based on expectations of time which have not come to fruition due to further medical concerns which are difficult to anticipate, and more time is needed for defendant to provide discovery.

Defendant has served plaintiff with written discovery requests and the responses will be provided when defendant provides his.  Plaintiff's counsel anticipates using defendant's discovery responses to consult an expert witness in this case, so the delay in defendant's responses is impacting the expert witness schedule.  Because plaintiff's expert needs access to certain information that plaintiff's counsel has requested and has yet to be provided, a reasonable extension of the deadline for plaintiff's expert report is appropriate.  A corresponding extension of defendant's deadline for expert disclosure will allow defendant sufficient time to respond.  Accordingly, the parties request that plaintiff's expert deadline be extended from March 6, 2008 until May 2, 2008, and defendant's expert disclosure be due on July 8, 2008.

In addition, after completing written discovery, the parties plan to take depositions of fact witnesses and counsel typically need some time to work through any issues involving discovery.  Because plaintiff works in a highly-technical field, thorough preparation of the case should ultimately assist the Court in resolving this matter and counsel will continue to cooperate in every reasonable attempt to avoid having to present any disputes to the Court.  This motion is being filed in good faith and not for purposes of unnecessary or improper delay.  Granting it will not significantly impact the Court's ability to resolve this case.  Counsel for the parties have

cooperatively and professionally resolved this scheduling problem to minimize the disruption to the Court's schedule and will continue to work together to resolve any other issues that may arise during discovery.

If the Court extends the discovery period as requested, there are two matters to be addressed. First, the filing of dispositive motions should be delayed until after the close of discovery to allow the parties to utilize all of the discovery material. Under the current Scheduling Order, dispositive motions are due on August 7, 2008. Based on a new cut-off of discovery on August 28, 2008, the parties request that dispositive motions be filed by September 30, 2008, with oppositions due by October 30, 2008 and replies due by November 18, 2008. Second, the Court may wish to re-schedule the status conference currently scheduled for June 23, 2008 until sometime shortly after August 28, 2008.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for completing discovery be extended until August 28, 2008, and that the dispositive motion schedule be modified as set forth in the attached proposed order.

Dated: March 5, 2008.

Respectfully submitted,

/s/_____    _____
GEORGE M. CHUZI, DC BAR 336503          JEFFREY A. TAYLOR, DC BAR # 498610
MICHELLE L. PERRY DC BAR 468187         United States Attorney
Kalijarvi, Chuzi, & Newman, P.C.
1901 L Street, N.W.                     _____
Suite 610
Washington, D.C. 20036                  RUDOLPH CONTRERAS, DC BAR # 434122
(202) 331-9260                          Assistant United States Attorney
(202) 331-9261 (fax)

Counsel for Plaintiff

       /s/_____
       JANE M. LYONS, D.C. BAR # 451737
       Assistant United States Attorney
       555 4th Street, N.W. – Room E4822
       Washington, D.C. 20530
       (202) 514-7161
       (202) 514-8780 (fax)

       Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-802 (RWR) |
| | ) |
| ROBERT M. GATES, | ) |
| Secretary of Defense, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter is before the Court on the second joint motion of the parties to extend the discovery period by two months.  Based on the motion and the entire record in this case, the Court finds that good cause exists for the relief being sought.  Accordingly, it is hereby

**ORDERED** that the joint motion to extend discovery and modify the scheduling order is **GRANTED**, and it is further

**ORDERED** that the Scheduling Order is modified as follows:

Discovery shall conclude by August 28, 2008;

Plaintiff's expert disclosure shall be made by May 2, 2008;

Defendant's expert disclosure shall be made by July 8, 2008;

Dispositive motions shall be due by September 30, 2008;

Oppositions to dispositive motions shall be due by October 30, 2008; and

Replies shall be due by November 18, 2008.

**SO ORDERED.**

_____                    _____
Date                                       RICHARD W. ROBERTS
                                           United States District Judge