UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARNER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-802 (RWR) |
| ) | |
| ROBERT M. GATES, Secretary of Defense, ) | NEXT SCHEDULED EVENT: |
| ) | Post-Discovery Status Conference |
| Defendant. ) | September 2, 2008 at 3:30 p.m. |
| ) | |

**THIRD JOINT MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY AND TO AMEND THE SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, respectfully move this Court to enlarge the time to complete discovery by two additional months, and to modify the dates for making expert disclosures and briefing dispositive motions. Specifically, the parties request that the deadline for completing all discovery be extended from August 27, 2008 until October 17, 2008. The grounds for this motion are set forth below.

The parties are currently engaging in written discovery in this employment discrimination case involving allegations that defendant discriminated against plaintiff based on his race in connection with certain positions advertised in three different vacancy announcements at the GS-14 and 15 levels. Defendant has encountered substantial difficulty providing responses to plaintiff's requests for documents and interrogatories because the agency counsel working on this matter has experienced ongoing medical difficulties requiring multiple surgeries and extended absences from the office. Defendants produced responsive documents on April 25, 2008. Although defendant has assigned two other attorneys to assist with gathering the information

needed to provide discovery responses to the U.S. Attorney's Office, the agency has yet to provide final interrogatory responses but has made substantial progress toward doing so. Because each of the three vacancy announcements involved multiple actors who are spread out, finalizing the defendant's interrogatory responses and getting them verified is consuming large amounts of resources. Counsel for Plaintiff has graciously agreed to extend the deadline for these responses, in part because there has been no practical alternative. The parties' previous joint motion was based on expectations of time which have not come to fruition due to further medical concerns which are difficult to anticipate, and more time is needed for defendant to provide discovery.

    Defendant has served plaintiff with written discovery requests and the responses will be provided when defendant provides his. Plaintiff's counsel anticipates using defendant's discovery responses to consult an expert witness in this case, so the delay in defendant's responses is impacting the expert witness schedule. Because plaintiff's expert needs access to certain information that plaintiff's counsel has requested and has yet to be provided, a reasonable extension of the deadline for plaintiff's expert report is appropriate. A corresponding extension of defendant's deadline for expert disclosure will allow defendant sufficient time to respond. Accordingly, the parties request that plaintiff's expert deadline be extended from May 2, 2008 until July 15, 2008, and defendant's expert disclosure be due on September 5, 2008.

    In addition, after completing written discovery, the parties plan to take depositions of fact witnesses and counsel typically need some time to work through any issues involving discovery. Because plaintiff works in a highly-technical field, thorough preparation of the case should ultimately assist the Court in resolving this matter and counsel will continue to cooperate in

every reasonable attempt to avoid having to present any disputes to the Court. This motion is being filed in good faith and not for purposes of unnecessary or improper delay. Granting it will not significantly impact the Court's ability to resolve this case. Counsel for the parties have cooperatively and professionally resolved this scheduling problem to minimize the disruption to the Court's schedule and will continue to work together to resolve any other issues that may arise during discovery.

Counsel for the parties have also initiated some informal settlement discussions. If those discussions result in a resolution, counsel will immediately inform the Court.

If the Court extends the discovery period as requested, there are two matters to be addressed. First, the filing of dispositive motions should be delayed until after the close of discovery to allow the parties to utilize all of the discovery material. Under the current Scheduling Order, dispositive motions are due on September 30, 2008. Based on a new cut-off of discovery on October 17, 2008, the parties request that dispositive motions be filed by November 13, 2008, with oppositions due by December 19, 2008 and replies due by January 9, 2009. Second, the Court may wish to re-schedule the status conference currently scheduled for September 2, 2008 until sometime shortly after October 17, 2008.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for completing discovery be extended until October 17, 2008, and that the dispositive motion schedule be modified as set forth in the attached proposed order.

Dated: May 2, 2008.

Respectfully submitted,

/s/_____            _____
GEORGE M. CHUZI, DC BAR 336503                   JEFFREY A. TAYLOR, DC BAR # 498610
MICHELLE L. PERRY DC BAR 468187                  United States Attorney
Kalijarvi, Chuzi, & Newman, P.C.
1901 L Street, N.W.                              _____
Suite 610                                        RUDOLPH CONTRERAS, DC BAR # 434122
Washington, D.C.  20036                          Assistant United States Attorney
(202) 331-9260
(202) 331-9261 (fax)

Counsel for Plaintiff                            /s/_____
                                                 JANE M. LYONS, D.C. BAR # 451737
                                                 Assistant United States Attorney
                                                 555 4th Street, N.W. – Room E4822
                                                 Washington, D.C. 20530
                                                 (202) 514-7161
                                                 (202) 514-8780 (fax)

                                                 Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-802 (RWR) |
| | ) |
| ROBERT M. GATES, Secretary of Defense, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**O R D E R**

This matter is before the Court on the third joint motion of the parties to extend the discovery period by approximately 45 more days. Based on the motion and the entire record in this case, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that the joint motion to extend discovery and modify the scheduling order is **GRANTED**, and it is further

**ORDERED** that the Scheduling Order is modified as follows:

Discovery shall conclude by October 17, 2008;

Plaintiff's expert disclosure shall be made by July 15, 2008;

Defendant's expert disclosure shall be made by September 5, 2008;

Dispositive motions shall be due by November 13, 2008;

Oppositions to dispositive motions shall be due by December 19, 2008; and

Replies shall be due by January 9, 2009.

**SO ORDERED.**

_____          _____
Date                                                  RICHARD W. ROBERTS
                                                           United States District Judge