UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACK GARDNER, JR., | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 07-802 (RWR) |
|  | ) | |
| ROBERT M. GATES, | ) | |
| Secretary of Defense, | ) | |
|  | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR A DISCOVERY STATUS CONFERENCE**

Plaintiff requests that a discovery status conference be scheduled by the Court, to be conducted either in Court or by telephone.  On October 16, 2007, the Court issued a Scheduling Order starting discovery in the above captioned case.  On December 4, 2007, Plaintiff served Plaintiff's First Set of Discovery Requests which included both interrogatories and document requests.

While Defendant has produced most of the requested documents, as of this date the Defendant has not responded to *any* of Plaintiff's interrogatories.  As a result, since Plaintiff served his discovery requests, the parties have been forced to request three extensions of the discovery period because of Defendant's inability to respond fully to Plaintiff's discovery requests.  In the joint extension motions, Defendant has claimed a series of events from computer malfunctions to ongoing medical concerns resulting in Agency counsel's unavailability. Plaintiff's counsel and the Assistant United States Attorney have spoken on a regular basis regarding Defendant's discovery responses, but the AUSA has been unable to commit to a date

certain upon which responses will be completed and served.  Plaintiff does not believe that the AUSA is deliberately engaging in delay.

There are additional parts of the Scheduling Order that depend upon completion of discovery.  For example, Plaintiff's potential expert witnesses are unable to complete their review and analysis.  Defendant's delays are therefore impeding the discovery process from proceeding as a whole and, consequently, each request for an extension of the discovery period has also necessarily required a concomitant extension of the remaining deadlines.

As of this date, Plaintiff's deadline to produce expert reports is two weeks away, but Defendant has still not provided a date by which its interrogatory responses will be served.  Consequently, the parties will again be compelled to seek an extension of the discovery period and the related deadlines. To avoid any further delay, Plaintiff requests a joint discovery status to address Defendant's discovery delays.

The AUSA was advised in advance that Plaintiff would be filing this Motion if the matter could not be resolved informally; no response was received.  A proposed Order is attached hereto.

Respectfully submitted,

_____
GEORGE M. CHUZI, DC BAR 336503
MICHELLE L. PERRY DC BAR 468187
Kalijarvi, Chuzi, & Newman, P.C.
1901 L Street, N.W.
Suite 610
Washington, D.C.  20036
Tel: (202) 331-9260
Fax: (877) 452-5789

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK GARDNER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-802 (RWR) |
| | ) | |
| ROBERT M. GATES, | ) | |
| Secretary of Defense, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**O R D E R**

This matter is before the Court on Plaintiff's motion for a discovery status conference. Based on the motion and the entire record in this case, the Court finds that good cause exists for scheduling a joint discovery status conference. Accordingly, it is hereby

**ORDERED** that a joint discovery status conference will occur on the following date and time: _____.

**SO ORDERED.**

_____         _____
Date                                              RICHARD W. ROBERTS
                                                      United States District Judge