UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 07-802 (RWR) |
| ) | |
| ROBERT M. GATES, Secretary of Defense,) | NEXT SCHEDULED EVENT: |
| ) | Post-Discovery Status Conference |
| Defendant. ) | September 2, 2008 at 3:30 p.m. |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Robert M. Gates, Secretary of Defense, by and through his undersigned counsel, respectfully moves the Court for a two-week extension of time to respond to Plaintiff's Motion for a Discovery Status Conference. Plaintiff filed his motion on June 27, 2008. See Docket Entry No. 20. Specifically, defendant requests that the deadline for responding be extended from July 11, 2008 through July 25, 2008. Plaintiff, through his counsel, consents to the relief being sought. The grounds for this motion are set forth below.

The parties recently reached the terms of a tentative settlement of this matter, and counsel are currently working on reducing the settlement to a written Joint and Voluntary Stipulation of Settlement and Dismissal. If the parties are able to agree in writing, they will need a reasonable amount of time to gather signatures and obtain final approval of the settlement by the Department of Justice. If the parties reach a final settlement, the Court will not need to address plaintiff's pending motion or become embroiled in the current discovery delays defendant has encountered.[1]

---

[1] If the parties ultimately resume discovery, the Court may need to adjust certain discovery deadlines, including the date for plaintiff's expert report, and defendant will not object to reasonable modifications.

Accordingly, allowing the parties to devote their resources to attempting to resolve this matter through a settlement serves the interests of judicial economy and these recent developments establish good cause for the extra time being requested.

Plaintiff is currently employed at the GS-15 level in the Defense Intelligence Agency. In this employment discrimination case, he alleges that defendant discriminated against him based on his race (African-American) in connection with certain positions advertised in three different vacancy announcements at the GS-14 and 15 levels in 2003-2004. Defendant has denied the allegations and the parties have been engaging in discovery.

This motion is being filed in good faith and granting it will not unduly delay the Court's ability to resolve this matter. No deadlines have been established beyond the close of discovery (August 21, 2008), a status conference already scheduled for September 2, 2008, and the briefing of summary judgment motions (opening motion to be filed by October 2, 2008). Allowing defendant to focus on resolving this matter for a couple of weeks under the current circumstances is in the interests of justice. See Fed. R. Civ. P. 1.

WHEREFORE, defendant respectfully requests that the Court extend the deadline for defendant to file a response or opposition to plaintiff's motion for a status conference until July 25, 2008. A proposed order is attached.

Dated: July 11, 2008.

                                                Respectfully submitted,

                                                _____
                                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney

        RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, Secretary of Defense,)<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-802 (RWR) |

## O R D E R

UPON CONSIDERATION of the defendant's consent motion to extend the time for filing a response to plaintiff's motion for a discovery status conference, the Court finds that good cause exists for the relief sought. Accordingly, it is hereby

**ORDERED** that defendant's motion for extension of time is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including July 25, 2008 to file his response to plaintiff's motion for a discovery status conference [#20].

**SO ORDERED.**

_____                                _____
Date                                                                              RICHARD W. ROBERTS
                                                                                      United States District Judge

Copies to Counsel of Record Through ECF