UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-802 (RWR) |
| ) | |
| ROBERT M. GATES, Secretary of Defense, ) | NEXT SCHEDULED EVENT: |
| ) | Post-Discovery Status Conference |
| Defendant. ) | September 2, 2008 at 3:30 p.m. |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Robert M. Gates, Secretary of Defense, by and through his undersigned counsel, respectfully moves the Court to further extend defendant's time to respond to Plaintiff's Motion for a Discovery Status Conference. Plaintiff filed his motion on June 27, 2008. See Docket Entry No. 20. Since plaintiff field his motion, the parties have reached a tentative settlement agreement which they anticipate filing in early August, 2008 and which will enable them to avoid involving the Court in discovery. Specifically, defendant now requests that the deadline for responding be extended through August 12, 2008. Plaintiff, through his counsel, consents to the relief being sought. The grounds for this motion are set forth below.

Plaintiff is currently employed at the GS-15 level in the Defense Intelligence Agency. In this employment discrimination case, he alleges that defendant discriminated against him based on his race (African-American) in connection with certain positions advertised in three different vacancy announcements at the GS-14 and 15 levels in 2003-2004. Defendant has denied the allegations and the parties have been engaging in discovery.

As noted in defendant's previous motion for an extension of time, the parties recently reached the terms of a tentative settlement of this matter. More recently, counsel have reduced the agreement to writing in the form of a Joint and Voluntary Stipulation of Settlement and Dismissal. That Stipulation contains a waiver of plaintiff's right to institute age discrimination claims. To comply with the Older Workers Benefits Protection Act, plaintiff must be given 21 days to consider the waiver of his rights contained in the Stipulation. See 29 U.S.C. § 626(f)(1); Oubre v. Entergy Operations, Inc., 522 U.S. 422 (1998). That time will not run until August 6, 2008. After that, counsel will need only a reasonable amount of time to coordinate signatures and filing the Stipulation. The settlement will not be final until final approval is given by the Department of Justice. Accordingly, allowing the parties to devote their resources to attempting to resolve this matter through a settlement serves the interests of judicial economy and these recent developments establish good cause for the time being requested.

This motion is being filed in good faith and granting it will not unduly delay the Court's ability to resolve this matter. No deadlines have been established beyond the close of discovery (August 21, 2008), a status conference already scheduled for September 2, 2008, and the briefing of summary judgment motions (opening motion to be filed by October 2, 2008). Allowing defendant to focus on resolving this matter for a couple of weeks under the current circumstances conserves resources and is in the interests of justice. See Fed. R. Civ. P. 1.

WHEREFORE, defendant respectfully requests that the Court extend the deadline for defendant to file a response or opposition to plaintiff's motion for a status conference until August 12, 2008. A proposed order is attached.

Dated: July 25, 2008.

    Respectfully submitted,

    _____
    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney


    _____
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

    /s/_____
    JANE M. LYONS, D.C. Bar # 451737
    Assistant United States Attorney
    555 4th Street, N.W - Room E4822.
    Washington, D.C.  20530
    (202) 514-7161
    (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK GARDNER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, Secretary of Defense,)<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-802 (RWR) |

## O R D E R

UPON CONSIDERATION of the defendant's second consent motion to extend the time for filing a response to plaintiff's motion for a discovery status conference, the Court finds that good cause exists for the relief sought. Accordingly, it is hereby

**ORDERED** that defendant's motion for extension of time is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including August 12, 2008 to file his response to plaintiff's motion for a discovery status conference [#20].

**SO ORDERED.**

_____                                    _____
Date                                                                RICHARD W. ROBERTS
                                                                    United States District Judge


Copies to Counsel of Record Through ECF